UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                    Criminal No. 09-343(2) (DWF/RLE)

          Plaintiff,

v.                                           **ORDER**

Showy Shalette Johnson,

          Defendant.

---

Clifford B. Wardlaw, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Deborah K. Ellis, Esq., Ellis Law Office, counsel for Defendant.

---

This matter is before the Court upon Defendant Showy Shalette Johnson's ("Defendant") objections to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 5, 2010, recommending that: (1) the Defendants Motion to Dismiss for Preindictment Delay be denied; and (2) the Defendant's Motion to Suppress Confessions or Statements in the Nature of a Confession be denied.

The Court has conducted a *de novo* review of the record, including a review of the arguments and submissions of counsel, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b). The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference for purposes of Defendant's objections.

Based upon the *de novo* review of the record and all of the arguments and submissions of the parties and the Court being otherwise duly advised in the premises, the Court hereby enters the following:

**ORDER**

1. Defendant Showy Shalette Johnson's objections (Doc. No. [62]) to Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 5, 2010, are **DENIED**.

2. Chief Magistrate Judge Raymond L. Erickson's Report and Recommendation dated February 5, 2010 (Doc. No. [61]), is **ADOPTED**.

3. The Defendant's Motion to Dismiss for Preindictment Delay (Doc. No. [43]) is **DENIED**.

4. The Defendant's Motion to Suppress Confessions or Statements in the Nature of a Confession (Doc. No. [42]) is **DENIED**.


Dated: March 2, 2010          s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge